UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Calouette Construction Services, LLC,      Case No. 19-20973-gmh
                                                                                                                                                (Chapter 7)

Debtor.

## UNITED STATES TRUSTEE'S MOTION TO REOPEN CASE

United States Trustee Patrick S. Layng, by Attorney Michelle S. Y Cramer, moves, pursuant to 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, for an order to reopen this case. In support, the United States Trustee states as follows:

1. This case was commenced on February 7, 2019, when Calouette Construction Services, LLC (the "Debtor") filed a voluntary Chapter 7 bankruptcy petition. ECF No. 1.

2. John M. Scaffidi was the appointed Chapter 7 Trustee.

3. On September 15, 2021, Trustee Scaffidi filed the Chapter 7 Trustee's Final Account. ECF No. 299.

4. On August 18, 2021, an Order of Discharge was entered, and the case was closed. ECF No. 301

5. Trustee Scaffidi has received two insurance audit credit refund checks in the amount $5,986 and $16,412, respectively.

6. Under 11 U.S.C. § 350(b) and Fed. R. Bankr. P. 5010, a case may be reopened upon the motion of a party in interest for cause.

7. The funds held by Trustee Scaffidi are assets of the bankruptcy estate, and the case should be reopened so that the trustee can distribute them.

Michelle S. Y. Cramer
Attorney for the United States Trustee
Office of the United States Trustee
517 East Wisconsin Avenue, Room 430
Milwaukee, WI 53202
414-297-4499 / Michelle.Cramer@usdoj.gov

**WHEREFORE**, the United States Trustee moves the Court for the relief requested. The United States Trustee does not intend to file a brief in connection with this pleading but reserves the right to file a responsive brief or pleading if necessary.

Dated: March 9, 2023

PATRICK S. LAYNG  
United States Trustee

*/s/ Michelle S. Y. Cramer*  
_____  
MICHELLE S. Y. CRAMER  
Attorney for the United States Trustee